**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**WOODROW TOWNSEND**                                                                                     **PLAINTIFF**

**v.**                                       **CAUSE NO.: 4:22-cv-162-DMB-JMV**

**TRINITY WELSH**                                                                                      **DEFENDANT**

## ORDER EXTENDING CMO DEADLINES

This matter is before the court, *sua sponte*, to extend the existing case management order deadlines. The trial in this matter was reset [18] to February 12, 2024. After holding a status conference [22] with the parties on April 12, 2023, the court finds the defendant's expert designation, discovery, *Daubert*, and dispositive motions should all be reset accordingly, as follows.

It is hereby ordered that the Defendant's Designation of Experts deadline is reset to June 12, 2023; the discovery deadline is reset to July 12, 2023; the *Daubert* motion deadline is reset to August 14, 2023; and the dispositive motion deadline is reset to September 12, 2023.

**SO ORDERED** this, the 12th day of April, 2023.

                                                                    /s/ Jane M. Virden
                                                                    **UNITED STATES MAGISTRATE JUDGE**