IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WOODROW TOWNSEND**                                                                                  **PLAINTIFF**

**V.**                                                                   **NO. 4:22-CV-162-DMB-JMV**

**TRINITY WELSH**                                                                                      **DEFENDANT**

**ORDER**

On September 8, 2023, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation ("R&R") recommending that Woodrow Townsend's "complaint [2] be dismissed for failure to prosecute and failure to comply with an order of the Court." Doc. #46 at PageID 159. The R&R warned Townsend that his "[f]ailure to timely file written objections to the proposed findings, conclusions, and recommendations" "within fourteen (14) days" would bar him from "attacking on appeal unobjected-to proposed factual findings and legal conclusions accepted by the district court" "except upon grounds of plain error." *Id.* at PageID 160. No objection to the R&R was filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court despite being served with notice of the consequences of failing to object." *Quintero v. State of Texas – Health and Hum. Servs. Comm'n*, No. 22-50916, 2023 WL 5236785, at *2 (5th Cir. Aug. 15, 2023) (cleaned up). "[W]here there is no objection, the Court need only determine whether the report and recommendation is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017).

Because the Court reviewed the R&R for plain error and concludes that the R&R is neither

clearly erroneous nor contrary to law, the R&R [46] is **ADOPTED** as the order of the Court. This case is **DISMISSED without prejudice**. A final judgment will be issued separately.

  **SO ORDERED**, this 28th day of September, 2023.

                **/s/Debra M. Brown**
                **UNITED STATES DISTRICT JUDGE**