IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WOODROW TOWNSEND**                                                                          **PLAINTIFF**

**V.**                                                             **NO. 4:22-CV-162-DMB-JMV**

**TRINITY WELSH**                                                             **DEFENDANT**

## JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 28th day of September, 2023.

                                                        **/s/Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**